NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROSA D. DORSEY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7089

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3279, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Upon consideration of the Secretary's motion for a 7-day extension of time, until July 16, 2010, to file its informal response brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUL 15 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Rosa D. Dorsey
Armando A. Rodriguez-Feo, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2010

JAN HORBALY
CLERK